pressly provide that neither privileged papers nor lawyer's work papers need be produced and, as so modified, affirmed, with $20 costs and disbursements to the appellants payable out of the estate. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ MURRAY LANDY, Appellant, v. I. LAWRENCE LESAVOY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ. [4 Misc 2d 273.]

■ In the Matter of the Accounting of PEARL B. RUPPERT et al., as Executors of GEORGE E. RUPPERT, Deceased. PEARL B. RUPPERT, Individually and as Executrix of GEORGE E. RUPPERT, Deceased, Appellant; MURRAY VERNON et al., as Executors of GEORGE E. RUPPERT, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Cox, Frank and Bergan, JJ. [See 2 A D 2d 958.]

■ BERKSHIRE KNITTING MILLS v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin and Valente, JJ. [See 2 A D 2d 839.]

■ MAX EISEN v. JOHN POST, JR., et al.— Motions for leave to appeal to the Court of Appeals granted. Settle orders on notice. Concur — Breitel J. P., Botein, Rabin and Frank, JJ. [See 1 A D 2d 344, 1007.]

■ JOHN A. STEPHEN, Formerly Known as HANS AUGSTEIN, et al., v. ZIVNOSTENSKA BANKA, NATIONAL CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [See 2 A D 2d 958.]

■ In the Matter of the Probate of the Will of LOUISA GETTO, Deceased. META STAUDTE, as Surviving Executrix of LOUISA GETTO, Deceased, Respondent; JOHANNA FABRICIUS et al., Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Frank, JJ. [See 2 A D 2d 877.]

■ JEAN MORELLO, as Administratrix of the Estate of PHILIP MORELLO, Deceased, v. BROOKFIELD CONSTRUCTION CO., INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J. Botein, Rabin and Valente, JJ. [See 2 A D 2d 849.]

■ In the Matter of the Estate of MARIE S. DAVIS, Deceased. In the Matter of the Probate of the Will of MARIE S. DAVIS, Deceased. CHARLOTTE STOESSINGER, Appellant; OSCAR STOESSINGER et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ. [See 2 A D 2d 880.]

■ MILTON A. ROTH v. EMBOTELLADORA NACIONAL, INC., et al.— Motion for resettlement denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin and Frank, JJ. [See 1 A D 2d 403.]

■ JOHN E. EISELE v. EDWARD H. MALONE et al.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin and Frank, JJ. [See 2 A D 2d 550.]

■ ALICIA DE CASIANO et al., v. SARAH E. MORGAN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See 1 A D 2d 646.]

■ MATTHEW J. FINNEGAN et al., v. MANUEL SELENGUT et al.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ. [See 2 A D 2d 883.]